IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E. M. BLAJOS,

        Plaintiff,                        No. CIV S-02-1454 GEB JFM P

    vs.

R. CAMPBELL, et al.,

        Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2005, defendants filed a motion for summary judgment. Defendants did not, however, notice said motion for hearing in accordance with the provisions of this court's April 13, 2005 order. On June 2, 2005, plaintiff filed a motion for an extension of time to file an opposition to defendants' motion. The deadline for filing opposition to defendants' motion will be determined by the date said motion is noticed for hearing. See Local Rule 78-230(c).

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants shall forthwith notice their motion for summary judgment for hearing on this court's regular law and motion calendar in accordance with the provisions of Local Rule 78-230 and this court's April 13, 2005 order;

2. Defendants' motion shall be briefed in accordance with the provisions of Local Rule 78-230 and this court's April 13, 2005 order; and

3. Plaintiff's June 2, 2005 motion for extension of time is denied without prejudice.

DATED: June 16, 2005.

UNITED STATES MAGISTRATE JUDGE

12
blaj1454.ext