LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendant, Max Lemon

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. M. BLAJOS, | CASE NO. CIV. S-02-1454 GEB JFM P |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| R. CAMPBELL, et al., | |
| Defendants. | |

Defendant, Max Lemon, hereby substitutes Van Longyear of the law firm of Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite 230, Sacramento, California 95864, (916) 974-8500, as his attorney of record in the place and stead of Jodie Schwab, Deputy Attorney General and the Attorney General's Office.

I agree to the above substitution.

Dated: February 17, 2006           /s/
                                    MAX LEMON

I agree to the above substitution.

Dated: February 21, 2006           OFFICE OF THE ATTORNEY GENERAL

                                    /s/
                                    JODIE SCHWAB
                                    Deputy Attorney General

///

1     I accept the above substitution.

3     Dated: February 24, 2006                       LONGYEAR, O'DEA & LAVRA, LLP

5                                                /s/
                                            VAN LONGYEAR

7     IT IS SO ORDERED.

9     Dated: March 9, 2006

11                         UNITED STATES MAGISTRATE JUDGE

21   G:\DOCS\MOU\DMOU1\Prisoner\blaj1454.sub.wpd