| | |
|---|---|
| 1 | DOUGLAS R. THORN, ESQ., STATE BAR NO. 133521   (SPACE BELOW FOR FILING STAMP ONLY) |
| 2 | **ANGELO, KILDAY & KILDUFF** |
|   | Attorneys at Law |
| 3 | 601 University Avenue, Suite 150 |
|   | Sacramento, CA  95825 |
| 4 | Telephone:  (916) 564-6100 |
|   | Telecopier:  (916) 564-6263 |
| 5 | Email: dthorn@akk-law.com |

7  Attorneys for Defendant M. BUNNELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.M. BLAJOS, | ) Case No.: CIV-S-02-1454 GEB JFM P |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
|   | ) **SUBSTITUTE ATTORNEYS OF** |
| R. CAMPBELL, M. BUNNELL, et al., | ) **RECORD FOR DEFENDANT MICHAEL** |
|   | ) **BUNNELL** |
| Defendants. | ) |
| _____ | ) |

STIPULATION

1. The Office of the California Attorney General is presently the Attorney of Record for Defendant Michael Bunnell in this case..

2. Douglas R. Thorn of the law firm of Angelo, Kilday and Kilduff has agreed to assume the representation of Defendant Michael Bunnell in this case.

/ / /

/ / /

/ / /

/ / /

-1-
**STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS OF RECORD**
**FOR DEFENDANT MICHAEL BUNNELL**

PDF created with pdfFactory trial version www.pdffactory.com

3. Defendant Michael Bunnell, Douglas R. Thorn and the Office of the California Attorney General hereby stipulate and agree to substitute Douglas R. Thorn as the Attorney of Record for Defendant Michael Bunnell in this case.

March 27, 2006                                         /s/ MICHAEL BUNNELL
                                                       Michael Bunnell


                                                       ANGELO, KILDAY & KILDUFF


March 23, 2006                                         /s/ DOUGLAS R. THORN
                                                       Douglas R. Thorn


                                                       OFFICE OF THE ATTORNEY GENERAL


March 28, 2006                                         /s/ JODIE SCHWAB
                                                       Jodie Schwab
                                                       Deputy Attorney General

ORDER

The Court adopts the stipulation of the parties and orders the Clerk to effect the substitution of attorneys for Defendant Michal Bunnell in this case.

IT IS SO ORDERED

DATED: April 25, 2006

                                                       /s/ Garland E. Burrell, Jr.
                                                       GARLAND E. BURRELL, JR.
                                                       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com