# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE M. BLAJOS,** | 2:02-CV-1454-GEB-JFM (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. CAMPBELL, et al.,** | |
| Defendants. | |

On September 14, 2006, Defendants filed a joint request to vacate the scheduling order pending adjudication of their dispositive motions. On September 15, 2006, Plaintiff filed his non-opposition.

**IT IS SO ORDERED.** The Court's December 6, 2005, revised scheduling order is hereby vacated subject to being reset as appropriate.

Dated: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

blaj1454.vac

[Proposed] Order

1