IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E.M. BLAJOS,

    Plaintiff,                    No. CIV S-02-1454 GEB JFM P

    vs.

R. CAMPBELL, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 3, 2006, plaintiff and defendant Max Lemon lodged a stipulation and proposed order for dismissal of defendant Lemon from this action with prejudice. The stipulation is signed by counsel for plaintiff and counsel for defendant Lemon.  It is not signed by counsel for defendant Borrego or counsel for defendant Bunnell.

        Pursuant to Fed. R. Civ. P. 41, and good cause appearing, IT IS HEREBY ORDERED that defendants Borrego and Bunnell are granted a period of ten days from the date

/////

/////

/////

/////

1

1  of this order in which to file and serve a response to the proposed dismissal of defendant Lemon
2  from this action.
3  DATED: October 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
blaj1454.dm