IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E.M. BLAJOS,

    Plaintiff,   No. CIV S-02-1454 GEB JFM P

   vs.

R. CAMPBELL, et al.,

    Defendants.   <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 3, 2006, plaintiff and defendant Max Lemon lodged a stipulation and proposed order for dismissal of defendant Lemon from this action with prejudice. The stipulation is signed by counsel for plaintiff and counsel for defendant Lemon.  It is not signed by counsel for defendant Borrego or counsel for defendant Bunnell.  By order filed October 24, 2006, defendants Borrego and Bunnell were granted a period of ten days in which to file and serve a response to the proposed dismissal of defendant Lemon.  On October 25, 2006, defendants Borrego and Bunnell each filed a statement of non-opposition to the proposed dismissal.

        Pursuant to the stipulation of the parties and the statements of non-opposition thereto, and good cause appearing, IT IS HEREBY ORDERED that:

1

1.  The October 3, 2006 stipulation for dismissal of defendant Max Lemon is approved; and

2.  Defendant Max Lemon is dismissed from this action with prejudice with plaintiff and said defendant to each bear their own fees and costs.  See Fed. R. Civ. P. 41.

DATED: October 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
blaj1454.lmndm