IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E.M. BLAJOS,

      Plaintiff,                      2:02-cv-1454-GEB-JFM-P

      vs.

R. CAMPBELL, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On January 26, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 26, 2007, are adopted in full;

2. Defendant Borrego's June 29, 2006 motion for summary judgment is granted;

3. Defendant Bunnell's July 6, 2006 motion for summary judgment is granted; and

4. This action is dismissed.

Dated: March 6, 2007

GARLAND E. BURRELL, JR.
United States District Judge